435 A.2d 918

Kessler, etc., et. al., Appellants v. Borough of Bangor.

Argued June 9, 1980. Kevin J. Kelleher, for appellants; Anthony C. Santore, for appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Order affirmed.